**Floyd E. BARRICK, Appellant,**

v.

**Franklin TENNIS, Superintendent at S.C.I. Rockview, and the Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Oct. 16, 2007.

***ORDER***

PER CURIAM.

AND NOW, this 16th day of October, 2007, the Order of the Commonwealth Court is hereby AFFIRMED.